No. 748. McKinley et al. v. Salter et al.

March 3, 1941. *Per Curiam:* The appeal is dismissed for want of a substantial federal question. *Jones* v. *Prairie Oil Co.,* 273 U. S. 195. Messrs. *F. W. Fischer* and *Earle B. Mayfield* for appellants.

No. 763. Kreicker v. Naylor Pipe Co. et al. March 3, 1941. *Per Curiam:* The motion to affirm is granted and the judgment is affirmed. *Violet Trapping Co.* v. *Grace,* 297 U. S. 119, 120; *Ingraham* v. *Hanson,* 297 U. S. 378, 381; *Schenebeck* v. *McCrary,* 298 U. S. 36, 37. *Mr. James A. Cosgrove* for appellant. *Mr. Floyd E. Thompson* for appellees.

No. 716. Hussock v. State of New York.

March 3, 1941. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of jurisdiction. Section 237 (a), Judicial Code, as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari, as required by § 237 (c) of the Judicial Code (43 Stat. 936, 938), certiorari is denied. *Messrs. Joseph F. Rutherford* and *Hayden C. Covington* for appellant. *Mr. Stanley H. Fuld* for appellee.

No. —, original. Ex parte Ralph Mark. March 3, 1941. Motion for leave to file petition for writ of mandamus denied.